# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States<br><br>v.<br><br>Irvin Abreu | Case No. 19-cr-10460-PBS |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☑ Ad Prosequendum ☐ Ad Testificandum.

Name of Detainee: **Irvin Abreu, dob 2/19/85**

Detained at (custodian): **Essex County Sheriff (Middleton)**

Detainee is: a.) ☐ charged in this district by:
☑ Indictment ☐ Information ☐ Complaint

or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☑ return to the custody of detaining facility upon termination of proceedings

or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

Appearance is necessary for the purpose of  initial appearance & arraignment
on  December 18, 2019  at  10:30  in courtroom number  15  on the  5th  floor before the Honorable  Judith G. Dein .

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ *Anne Paruti*
Anne Paruti
Date: December 15, 2019        Assistant U.S. Attorney

## WRIT OF HABEAS CORPUS

☑ Ad Prosequendum          ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and for any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: _____      _____